■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY TRIMBLE, Appellant. [52 NYS3d 887]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Grella, J.), rendered December 10, 2015, convicting him of criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Supreme Court did not conduct a sufficient inquiry of a juror who requested a leave of absence in order to attend the funeral of his brother-in-law's mother is unpreserved for appellate review, as the defendant admittedly never requested such an inquiry (*see* CPL 470.05 [2]; *People v Hicks*, 6 NY3d 737, 739 [2005]; *People v Mebane*, 70 AD3d 724, 724-725 [2010]; *People v Morales*, 36 AD3d 631, 632 [2007]). In any event, the contention is without merit (*see People v Argendorf*, 76 AD3d 1100 [2010]; *People v Morales*, 36 AD3d at 632).

The defendant was not deprived of the effective assistance of counsel (*see Strickland v Washington*, 466 US 668 [1984]; *People v Benevento*, 91 NY2d 708 [1998]; *People v Baldi*, 54 NY2d 137 [1981]).

The sentence imposed was not excessive (*see People v Suitte*,

90 AD2d 80 [1982]). Rivera, J.P., Austin, Miller and Barros, JJ., concur.